IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DANIEL HALLER,

    Petitioner,                     No. CIV S-03-1997 DFL GGH P

    vs.

KENNEDY'S OFFICE,

    Respondent.                  ORDER

_____/

        Petitioner has filed a motion for a stay and abeyance. However, this case was dismissed on March 8, 2004. It appears that petitioner erroneously wrote this case docket on his filing when he should have written down the docket number for case S-10-3446 WBS DAD. In that case the issue of stay and abeyance has recently arisen and petitioner references events in that case. Accordingly, plaintiff's motion (Doc. 8) in case S-03-1997, shall be removed and placed on the docket for S-10-3446.

        IT IS SO ORDERED.

DATED: November 21, 2011

                                   /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

GGH:AB
hall1997.ord

1